**Order entered August 27,  2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00360-CR

**DEMOND DEPREE BLUNTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 49th District Court**
**Webb County, Texas**
**Trial Court Cause No. 2012CRO000674D1**

## ORDER

Before the Court is appellant's August 21, 2019 emergency motion to seal the State's brief, to strike material from the State's brief, and to extend the time for filing a reply brief, along with the State's August 21, 2019 response, and appellant's August 23, 2019 reply to the State's response.  At issue is a report of Dr. Michael Jumes, contained in a sealed volume of the clerk's record.

Volume 10 of the clerk's record was filed as a sealed record.  Rule 9.10(g) of the rules of appellate procedure provides, "If a court orders material sealed, whether it be sensitive data or other materials, the court's sealing order must be affixed to the outside of the sealed container if the sealed material is filed in paper form, or be the first document that appears if filed in electronic form."  *See* TEX. R. APP. P. 9.10(g).  Although volume 10 of the clerk's record was

filed by the Webb County Clerk as a sealed volume, there is no court order providing that the items contained in volume 10 are to be sealed, nor is there an order specifically sealing Dr. Jumes's report. Appellant concedes the same in his motion and reply. Despite the fact no sealing order exists, the Court filed volume 10 as a "sealed" volume to the extent it is not accessible on the Court's website.

In light of the above, we **GRANT** appellant's August 21, 2019 motion to the extent that we **ORDER** the Clerk to remove the parties' briefs and any links from the Court's website. We also **GRANT** appellant's motion to the extent we **ORDER** appellant's reply brief due on or before October 4, 2019. All other requested relief is **DENIED**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE